Mary Margaret HARDESTY, Appellant,

v.

Cecil Eugene LAYCOCK, et al.,
Respondents.

No. 48100.

Missouri Court of Appeals,
Eastern District,
Division Three.

July 17, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1984.

Application to Transfer Denied
Oct. 9, 1984.

Ernest L. Keathley, Jr., St. Louis, for appellant.

Kenneth R. Singer, St. Louis, for respondents.

### ORDER

PER CURIAM.

Wife appeals from an order quashing execution and garnishment for unpaid child support. The judgment is affirmed in accordance with Rule 84.16(b).